# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASHION WILLIAMS, | CASE NO. 1:09-cv-02259-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT DEPOSITIONS VIA VIDEO CONFERENCE |
| v. | |
| KELLY HARRINGTON, et al., | (ECF No. 21) |
| Defendants. | |

Plaintiff Tashion Williams, a state prisoner proceeding pro se and in forma pauperis, originally filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 30, 2009, and a scheduling order was issued May 6, 2011. (ECF Nos. 1 & 18.)  This action is currently in the discovery phase, and on May 16, 2011, Defendants filed a request seeking permission to depose Plaintiff by video conference and to be allowed to conduct any other depositions via video conference.  Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:  May 25, 2011

UNITED STATES MAGISTRATE JUDGE

1