1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | TASHION WILLIAMS,                        CASE NO. 1:09-cv-02259-LJO-GBC (PC)

10 |                    Plaintiff,            ORDER REQUIRING PLAINTIFF TO FILE
                                             OPPOSITION OR STATEMENT OF NON-
11 |     v.                                   OPPOSITION TO DEFENDANTS' MOTION

12 | KELLY HARRINGTON, et al.,                (ECF No. 10)

13 |                    Defendants.           PLAINTIFF'S RESPONSE DUE BY
   | _____ /   9/26/2011
14

15 |                              **ORDER**

16        On July 6, 2011, Defendants filed a Motion to Dismiss.  (ECF No. 23.)  Plaintiff was

17  required to file an opposition or a statement of non-opposition to the motion within twenty-

18  one days, but has not done so.  Local Rule 78-230(l).

19        Accordingly, not later than **September 26, 2011**, Plaintiff must file an opposition or

20  a statement of non-opposition to Defendants' Motion to Dismiss.  If Plaintiff fails to comply

21  with this Order, this action will be dismissed for failure to obey the Court's order and failure

22  to prosecute.

23  IT IS SO ORDERED.

24
   Dated:   August 22, 2011
25                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
26
27
28